Foster *v.* Cleveland.

FOSTER *vs.* CLEVELAND and others.

THE testimony in this cause was the same as in the preceding, except that in this it was proved positively that the warrant and rate-bill were in fact signed, at the time they were made out on the 12th or 14th of March, which was more than 30 days before they were delivered to the officer.

The judgment of the county court of St. Lawrence county was reversed, and that of the justice affirmed.